1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  536 Magnolia Avenue, Ground Floor
   Piedmont CA 94611
3  Telephone:   415.255.0462
   Facsimile:   510.655.0464
4  e-mail:      rarcases@yahoo.com

5  Counsel for Plaintiff
   ANTHONY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES, | ) No.   C-09-0611-CRB |
| Plaintiff, | ) **NOTICE OF DISMISSAL OF** |
|  | ) **DEFENDANT NATHANIEL P. FORD IN** |
| v. | ) **HIS INDIVIDUAL CAPACITY, ONLY,** |
|  | ) **WITHOUT PREJUDICE; ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, | ) [Civil Rights – Public Employment] |
| MTA EXECUTIVE DIRECTOR/CEO | ) |
| NATHANIEL P. FORD, SR., ANTONIO | ) |
| PARRA, and DOES 1-100, | ) |
|  | ) |
| Defendants. | ) |

TO THE COURT HEREIN AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Anthony Jones hereby dismisses, without prejudice, Defendant NATHANIEL P. FORD in his individual capacity, only, pursuant to agreement of the parties through counsel of record.

Date:  May 19, 2009              /s/ Russell A. Robinson
                                 By:  Russell A. Robinson
                                 Law Office of Russell A. Robinson, APC
                                 Attorneys for Plaintiff ANTHONY JONES

**ORDER**

Based on the above, it is hereby ordered as follows:

Defendant NATHANIEL P. FORD is hereby dismissed, in his individual capacity, without prejudice.

**IT IS SO ORDERED.**

Date: May 21, 2009

Honorable Charles R. Breyer
USDC, N.D. California

IT IS SO ORDERED
Judge Charles R. Breyer