Russell A. Robinson, 163937
Law Office of Russell A. Robinson, APC
536 Magnolia Avenue, Ground Floor
Piedmont CA 94611
Telephone:    415.255.0462
Facsimile:     510.655.0464
e-mail:          rarcases@yahoo.com

Counsel for Plaintiff
ANTHONY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>   Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MTA EXECUTIVE DIRECTOR/CEO NATHANIEL P. FORD, SR., ANTONIO PARRA, and DOES 1-100,<br><br>   Defendants. | No.   C-09-0611-CRB<br><br>**STIPULATION TO CONTINUE INITIAL CMC**<br>[Civil Rights – Public Employment]<br><br>Date:    May 29, 2008<br>Time:   8:30 a.m.<br><br>Honorable Charles R. Breyer |

TO THE HONORABLE COURT HEREIN:

Plaintiff's counsel, Russell A. Robinson, has three hearings on the morning of May 29, 2009, all in Alameda County Superior Court.  The earliest of the hearings starts at 9:00 a.m., making it almost impossible for Robinson to appear for this case management conference.

Counsel for all defendants, Larry Hecimovich, has agreed to a continuance of the initial case management conference; however, after May 29, 2009, he is not available on a Friday until June 19, 2009.

Thus, the parties jointly request that the initial case management conference herein be continued to June 19, 2009, at 8:30 a.m.

DENNIS J. HERRERA, City Attorney
ELIZABETH S. SALVESON, Chief Labor Attorney
LAWRENCE HECIMOVICH, Deputy City Attorney

Date:  May 21, 2009         /s/ LAWRENCE HECIMOVICH
                            LAWRENCE HECIMOVICH
                            Attorneys for Defendants


Date:  May 21, 2009         /s/ Russell A. Robinson
                            By:  Russell A. Robinson
                            Law Office of Russell A. Robinson, APC
                            Attorneys for Plaintiff ANTHONY JONES

## ORDER

Based on the above, it is hereby ordered as follows:

The initial case management conference in this matter is hereby continued to June 19, 2009, at 8:30 a.m.

**IT IS SO ORDERED.**

Date:  May 27, 2009

Honorable Charles R. Breyer
USDC NDCA

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA