DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3933
Facsimile:     (415) 554-4248
E-Mail:        larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
NATHANIEL P. FORD, SR. AND ANTONIO PARRA

RUSSELL A. ROBINSON
LAW OFFICES OF RUSSELL A. ROBINSON, APC
345 Grove Street, First Floor
San Francisco, CA 94102
Telephone:     (415) 255-0462
Facsimile:     (415) 431-4526
E-Mail:        rarcases@yahoo.com

Attorneys for Plaintiff
ANTHONY JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MTA EXECUTIVE DIRECTOR/CEO NATHANIEL P. FORD, SR., ANTONIO PARRA,<br><br>    Defendants. | **Case No. C 09-0611 CRB**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR CASE MANAGEMENT CONFERENCE**<br><br>**Civil Local Rule 7-12**<br>**ADR Local Rule 6-5**<br><br>**Action filed: February 11, 2009**<br>**Trial Date:   None Set** |

STIPULATION RE CASE MANAGEMENT                                          n:\labor\li2009\090907\00575070.doc
Case No. C 09-0611CRB

The parties stipulated to participate in alternative dispute resolution through the court's mediation panel.  The Court assigned this matter to mediator Jeffrey Wohl at Paul, Hastings, Janofsky & Walker, LLP, with a deadline of August 25 to complete the mediation.  The mediation was set for August 10, 2009.  Mediator Wohl notified the parties on July 27 that he had encountered an unexpected scheduling conflict.  The first alternate date available to both parties and the mediator is August 28, 2009.  The mediation has been set for that date.

The Court set the case management conference for August 21, in contemplation that the parties would have completed the mediation prior to that date.  In light of the necessary delay and continuance of the mediation, the parties hereby stipulate to reschedule the case management conference from August 21 to September 18, 2009 at 8:30 a.m.  The parties hereby request such an extension.

Dated:   August 13, 2009

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney

By: /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants

Dated:   August 13, 2009

By: /s/Russell A. Robinson
RUSSELL A. ROBINSON
LAW OFFICES OF
RUSSELL A. ROBINSON, APC
Attorneys for Plaintiff

**GOOD CAUSE APPEARING**, the case management conference previously set for August 21 shall be continued to September 18, 2009 at 8:30 a.m.

**IT IS SO ORDERED**

Signed:  8/17/2009

_____
Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION RE CASE MANAGEMENT                     1                           G:\labor\li2009\090907\00575070.doc
Case No. C 09-0611CRB