| | |
|---|---|
| 1 | Russell A. Robinson, 163937 |
| 2 | Law Office of Russell A. Robinson<br>345 Grove Street, First Floor<br>San Francisco CA 94102 |
| 3 | Telephone: 415.255.0462<br>Facsimile: 431.4526 |
| 4 | e-mail: rarcases@yahoo.com |
| 5 | Counsel for Plaintiff<br>ANTHONY JONES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, MTA EXECUTIVE DIRECTOR/CEO NATHANIEL P. FORD, SR., ANTONIO PARRA, and DOES 1-100,

    Defendants.

No. C-09-0611-CRB

**STIPULATION OF DISMISSAL OF ENTIRE ACTION; ORDER**

[Civil Rights – Public Employment]

TO THE COURT HEREIN:

PLEASE TAKE NOTICE that Plaintiff and Defendants, through counsel of record, hereby stipulate to dismissal of this action with prejudice in its entirety.

Date: February 11, 2010     /s/ Russell A. Robinson
By: Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiff ANTHONY JONES

Date: February 11, 2010     /s/ LAWRENCE HECIMOVICH
By: LAWRENCE HECIMOVICH
Office of the City Attorney
City & County of San Francisco
Counsel for Defendants CITY AND COUNTY OF SAN FRANCISCO, MTA EXECUTIVE DIRECTOR/CEO NATHANIEL P. FORD, SR., ANTONIO PARRA,

**ORDER**

Based on the above, it is hereby ordered as follows:

This action is hereby dismissed, in its entirety, with prejudice. In conjunction with this dismissal, Defendants __are / X are not entitled to recover their costs, if any.

**IT IS SO ORDERED.**

Date: Feb. 16, 2010

Honorable Charles R.
USDC

